UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUANE SELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, INC., a foreign profit corporation; HOME DEPOT U.S.A., INC., a foreign profit corporation; HOME DEPOT STORE SUPPORT, INC., a foreign profit corporation; HOME DEPOT PRODUCT AUTHORITY, LLC, a foreign limited liability company; HOME DEPOT MANAGEMENT COMPANY, LLC, a foreign limited liability company; HOME DEPOT INCENTIVES, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-01297<br><br>PLAINTIFF'S JURY DEMAND |

Pursuant to Fed. R. Civ. P. 38, the Plaintiff, Duane Sell, hereby requests a trial by jury.

//

//

PLAINTIFF'S JURY DEMAND –
2:25-cv-01297

PAGE 1 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1  DATED this 10th day of July, 2025.

2                               RESPECTFULLY SUBMITTED:

3                               EMERY | REDDY, PLLC

4

5                               By: */s/ Timothy W. Emery*
                                By: */s/ Patrick B. Reddy*
6                               By: */s/ Paul Cipriani*
                                By: */s/ Hannah M. Hamley*
7                               Timothy W. Emery, WSBA No. 34078
                                Patrick B. Reddy, WSBA No. 34092
8                               Paul Cipriani, WSBA No. 59991
                                Hannah M. Hamley, WSBA No. 59020
9                               Emery Reddy, PLLC
                                600 Stewart St., Suite 1100
10                              Seattle, WA 98101
                                Telephone: 206-442-9106
11                              Email: emeryt@emeryreddy.com
                                       reddyp@emeryreddy.com
12                                     paul@emeryreddy.com
                                       hannah@emeryreddy.com
13

14                              *Attorneys for Plaintiff*

PLAINTIFF'S JURY DEMAND –
2:25-cv-01297                    PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX:
(206) 441-9711

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

D. Michael Reilly, WSBA #14674
Priya B. Vivian, WSBA #51802
Nima Darouian
Ballard Spahr LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 223-7000
Email: reillym@ballardspahr.com
Email: vivianp@ballardspahr.com
Email: darouiann@ballardspahr.com

Dated this 10th day of July, 2025, at Seattle, Washington.

/s/ Jennifer Chong
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

PLAINTIFF'S JURY DEMAND – 2:25-cv-01297

PAGE 3 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711