The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DUANE SELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, INC., a foreign profit corporation; HOME DEPOT U.S.A., INC., a foreign profit corporation; HOME DEPOT STORE SUPPORT, INC., a foreign profit corporation; HOME DEPOT PRODUCT AUTHORITY, LLC, a foreign limited liability company; HOME DEPOT MANAGEMENT COMPANY, LLC, a foreign limited liability company; HOME DEPOT INCENTIVES, INC.; a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-01297-LK<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES |

THIS MATTER came before the Court on the Parties' stipulated motion to extend discovery deadlines. Being fully informed, it is hereby ORDERED THAT the deadline to complete discovery on class certification set forth in the Court's prior order, ECF No. 19, is extended two-weeks to January 23, 2026.

DATED this <u>9th</u> day of <u>January</u>, 2026.

*Lauren King*
_____
The Honorable Lauren King
U.S. District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] ORDER - 1

No. 2:25-cv-01297-LK

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711