THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUANE SELL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HOME DEPOT, INC., a foreign profit corporation; HOME DEPOT U.S.A., INC., a foreign profit corporation; HOME DEPOT STORE SUPPORT, INC., a foreign profit corporation; HOME DEPOT PRODUCT AUTHORITY, LLC, a foreign limited liability company; HOME DEPOT MANAGEMENT COMPANY, LLC, a foreign limited liability company; HOME DEPOT INCENTIVES, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:25-cv-01297-LK

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES PENDING MEDIATION

This matter comes before the Court on the Parties' Stipulated Motion to Stay Deadlines Pending Mediation. The Court has reviewed the Stipulated Motion, as well as the pleadings and filings on record.

THEREFORE, being fully advised and good cause appearing, the Court GRANTS the Parties' Stipulated Motion to Stay Deadlines Pending Mediation and ORDERS as follows:

ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES
PENDING MEDIATION - 1
CASE NO. 2:25-CV-01297-LK

BALLARD SPAHR LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
206.223.7000 FAX: 206.223.7107

1.      Unless otherwise agreed to in writing, this action, and all related deadlines (except for the Parties' briefing deadlines on Plaintiff's Motion to Compel Discovery and for a Protective Order as set forth in this Court's February 2, 2026 Order Extending Deadlines, Dkt. # 29), shall be stayed in their current posture to allow the Parties to engage in settlement discussions and mediation, set for April 27, 2026, before Judge Steve Scott;

2.      The deposition of Defendants' Federal Rule of Civil Procedure 30(b)(6) representative, currently set for March 9, 2026, is taken off calendar;

3.      The stay shall continue through the April 27, 2026, mediation and thereafter if the Parties agree to continue engaging in settlement discussions.  If the Parties determine they will not reach a settlement, the stay will be lifted and the Parties propose submitting a joint report to the Court proposing new class certification briefing deadlines.  If the Parties reach agreement on a settlement, the stay shall continue while the Parties seek Court approval of the settlement;

4.      During this stay, neither party will obtain or attempt to obtain additional written statements from putative class members in connection with the above-titled action until after the Parties' April 27, 2026, mediation session before Judge Steve Scott;

5.      No party waives any rights or defenses; and

6.      The Parties shall inform the Court immediately in the event of a settlement.

The Court finds that the *CMAX* factors support a stay. *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

IT IS SO ORDERED.

DATED this ___6th___ day of ~~February~~, 2026.

                                         March

_____
THE HONORABLE LAUREN KING
UNITED STATES DISTRICT COURT JUDGE

//

//

//

ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES
PENDING MEDIATION - 2
CASE NO. 2:25-CV-01297-LK

Presented jointly by:

EMERY REDDY, PC


By:    _s/ Patrick B. Reddy_
         Timothy W. Emery, WSBA No. 34078
         Patrick B. Reddy, WSBA No. 34092
         Paul Cipriani, WSBA No. 59991
         Hannah M. Hamley, WSBA No. 59020
         600 Stewart Street, Suite 1100
         Seattle, WA 98101
         Phone: (206) 442-9106
         emeryt@emeryreddy.com
         reddyp@emeryreddy.com
         paul@emeryreddy.com
         hannah@emeryreddy.com

*Attorneys for Plaintiff*

BALLARD SPAHR LLP


By:    _s/ Priya B. Vivian_
         D. Michael Reilly, WSBA No. 14674
         Priya B. Vivian, WSBA No. 51802
         1301 Second Avenue, Suite 2800
         Seattle, Washington 98101-3808
         Phone:  206.223.7000
         reillym@ballardspahr.com
         vivianp@ballardspahr.com

         Nima Darouian, admitted *pro hac vice*
         2029 Century Park E, Suite 1400
         Los Angeles, CA 90067
         Telephone: 424.204.4400
         darouiann@ballardspahr.com

         Ian T. Maher, admitted *pro hac vice*
         601 SW Second Avenue, Suite 2100
         Portland, OR 97204-3158
         Telephone: 503.778.2100
         maheri@ballardspahr.com

*Attorneys for Defendants*

ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES
PENDING MEDIATION - 3
CASE NO. 2:25-CV-01297-LK